1 | SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN 202121)
Acting Chief, Criminal Division

   1301 Clay Street; Suite 340-S
Oakland, California 94612
Telephone: (510) 637-3771
FAX: (510) 637-3724
e-mail: doug.sprague@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00133 DLJ |
| Plaintiff, | ) ) | STIPULATION TO CONTINUE SENTENCING; **ORDER** |
| v. | ) ) | |
| FRANCIS WILLIAM REIMERS, | ) | Honorable D. LOWELL JENSEN |
| Defendant. | ) ) ) | |

     Plaintiff, the United States of America, by and through its undersigned counsel, and defendant Francis W. Reimers, by and through his undersigned counsel, hereby stipulate and request that the sentencing of defendant Reimers be continued from August 3, 2007, to September 14, 2007, at 10:00 a.m.

     Government counsel will be out of the state on August 3. Much more importantly,

//
//
//
//
//

1

however, defense counsel has suffered two deaths in his family in the last few weeks and needs a continuance to assure adequate time to prepare for sentencing.

DATED:     August 2, 2007                Respectfully submitted,

                                         SCOTT N. SCHOOLS
                                         United States Attorney


                                         By_____/s/_____
                                         W. DOUGLAS SPRAGUE
                                         Assistant United States Attorney

                                         _____/s/_____
                                         ALAN DRESSLER
                                         Attorney for Defendant Francis Reimers

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN 202121)
Acting Chief, Criminal Division

   1301 Clay Street; Suite 340-S
   Oakland, California 94612
   Telephone: (510) 637-3771
   FAX: (510) 637-3724
   e-mail: doug.sprague@usdoj.gov

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00133 DLJ |
|     Plaintiff, ) | |
|   v. ) | **ORDER** |
| FRANCIS W. REIMERS, ) | |
|     Defendant. ) | |

    Upon stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED THAT sentencing for defendant Reimers is continued to September 14, 2007, at 10:00 a.m.

**IT IS SO ORDERED.**

DATED:    August 2, 2007

                                    D. LOWELL JENSEN
                                    United States District Court Judge