Alan Dressler, Esq. (CSB No. 56919)
633 Battery Street, Suite 635
San Francisco, CA 94111
Tel.: (415) 421-7980

Attorney for Defendant Francis William Reimers

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| Plaintiff, | ) | CR 07-00133 DLJ |
| vs. | ) | **STIPULATED ORDER CONTINUING SENTENCING** |
| FRANCIS WILLIAM REIMERS | ) | |
| Defendant. | ) | |

This matter is currently on the Court's calendar for sentencing on September 14, 2007. Through counsel, defendant Francis William Reimeres and the United States ask the Court to vacate that date and reset the defendant's sentencing for October 26, 2007 at 10:a.m. .

The final Presentence Report was due on August 31, 2007. On September 4, 2007 the parties were informed that the report would not be available until later in that week. Based on the foregoing the parties, with the agreement of the probation officer Karen Mar, respectfully

///
///
///
///
///

Stipulation and [Proposed] Order to Continue Sentencing                                     1

ask the Court to reset sentencing for October 26, 2007.

                                        Respectfully submitted and stipulated,

Dated:    , 2007                                  /s/
                                                Alan A. Dressler
                                                Attorney for Defendant
                                                Francis William Reimers

Dated:    , 2007                                  /s/
                                                W. Douglas Sprague
                                                Assistant U.S. Attorney

IT IS SO ORDERED:

Dated: September 11, 2007

                                        D. LOWELL JENSEN
                                        U.S. DISTRICT COURT JUDGE