| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. CR-07-00133-DLJ |
| FRANCIS WILLIAM REIMERS, | ) |
| Defendants. | ) **ORDER** |

UNITED STATES OF AMERICA,              )
                                       )
              Plaintiff,               )
                                       )
     v.                                )
                                       )    No. CR-07-00133-DLJ
                                       )
FRANCIS WILLIAM REIMERS,               )
                                       )    **ORDER**
              Defendants.              )
_____)

The Court is in receipt of the Government's Supplemental Submission Regarding Restitution dated January 14, 2008, which document was also served on counsel for defendant. The Court has set a final hearing on restitution in this matter for February 8, 2008 at 11:00a.m. The Court now orders defendant to file on or before February 4, 2008, a response to the Government's Supplemental Submission. In the Supplemental Submission, the government's calculation of loss to the individual victims includes amounts which the individuals were required to pay in response to actions of the bankruptcy trustee in the Plan Compliance Group bankruptcy. In particular, the Court requests defendant in its response to address this calculation, among any other issues it wishes to raise.

IT IS SO ORDERED

Dated:    January 25, 2008

_____
D. Lowell Jensen
United States District Judge