|   |   |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|               Plaintiff, ) | |
|    v. ) | No. CR-07-00133-DLJ |
| FRANCIS WILLIAM REIMERS, ) | **RESTITUTION ORDER** |
|              Defendants. ) | |

The Court is in receipt of the Government's Supplemental Submission Regarding Restitution dated January 14, 2008, and the defendant's February 4, 2008 response to the Supplemental Submission. The Court held a final hearing on restitution in this matter on February 8, 2008 at 11:00a.m. Defendant was represented by Alan Dressler and Douglas Sprague appeared on behalf of the United States.

Having reviewed the submissions and heard the arguments put forward at the hearings, the Court now enters the following Order of Restitution. The total amount of restitution is $9,329,671.75. The Court adopts the Government's Supplemental Submission (attached as Exhibit A) in regards to the amounts owed to each person or institution.

In terms of order of payment, the Court orders that the Probation Department shall apportion restitution payments first to the individual investors as listed on the Supplemental Submission. The individual investors shall receive payments on a pro rata basis proportional to their amount of loss. Only once the individual

investors have received full restitution shall the institutional investors receive restitution payments.

IT IS SO ORDERED

Dated: February 8 , 2008

_____
D. Lowell Jensen
United States District Judge